

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                          |   |                          |
|--------------------------|---|--------------------------|
|                          | § |                          |
| JARRETT WILLIAM RIPLEY,  | § | No. 08-19-00040-CR       |
| Appellant,               | § | Appeal from the          |
| v.                       | § | 112th District Court     |
| THE STATE OF TEXAS,      | § | of Pecos County, Texas   |
| State.                   | § | (TC# P-3892-112-CR)      |
|                          | § |                          |

## **O R D E R**

The Court filed the Clerk's Record on March 12, 2019. After review, it appears that the Nunc Pro Tunc Judgment of Conviction by Jury does not contain the correct date on which sentence was imposed in open court. The nunc pro tunc judgment recites that the sentence was imposed in open court on Saturday, November 3, 2018, but the parties have represented to the Court in prior correspondence that Appellant's sentence was not imposed until November 13, 2018. The parties' representations are consistent with volume 7 of the reporter's record which shows that Appellant was not sentenced in open court during the proceedings on November 3, 2018.

Therefore, the Court ORDERS that the Honorable Pedro (Pete) Gomez, Jr., Judge for the 112th District Court of Pecos County, Texas, enter a nunc pro tunc judgment to include the correct date sentence was imposed. The nunc pro tunc judgment shall be filed with the District Clerk of

1

Pecos County, Texas, and the District Clerk shall prepare a supplemental clerk's record which will include the nunc pro tunc judgment and file it with this Court on or before April 2, 2019.

IT IS SO ORDERED this 13th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.